# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-07697-AH-(CTSx) | Date | September 1, 2026 |
| Title | *Michael Goode v. Liberty Mutual Insurance Company et al.* | | |

| | |
|---|---|
| Present: The Honorable | Anne Hwang, United States District Judge |

| | |
|---|---|
| Yolanda Skipper | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE**

On August 27, 2026, the Court received returned mail of a court filing from the address listed for Plaintiff Michael Goode ("Plaintiff"), who is proceeding pro se. Dkt. No. 21. Local Rule 41-6 provides that

> [a] party proceeding pro se must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address. If a Court order or other mail served on a pro se plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.

C.D. Cal. R. 41-6. Due to the returned mail and lack of a notice of change of address, the Court **ORDERS** Plaintiff **TO SHOW CAUSE** why this case should not be dismissed without prejudice for failure to prosecute. Plaintiff must file a written response within **fourteen (14) days** of the filing of this Order. Plaintiff is warned that failure to file a written response will result in a dismissal of this case

under Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with Local Rule 41-6.

**IT IS SO ORDERED.**